1  Theodore C. Chen, Esq. [CA Bar 206647]

2  LAW OFFICES OF FARSHAD OWJI, P.A.

3  info@owjilaw.com

   473 Jackson Street Fl. 2

4  San Francisco, CA 94111

5  Telephone: (415) 693-9583

6  Facsimile: (415) 693-9584

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                  SAN JOSE DIVISION

10         Plaintiff            ) Case No.
                                )
11     Mehdi Yahyanejad         ) C 07 03867
                                )
12                              )
                                )  COMPLAINT FOR
13                              )
           v.                   )  WRIT OF MANDAMUS
14                              )
                                )  USCIS Case # A98-407-572
15                              )
                                )
16 ALBERTO R. GONZALES, Attorney)
                                )
17 General of the United States in)
                                )
   his official capacity;       )
18                              )
   ROBERT S. MUELLER, Director of)
19                              )
   FBI in his official capacity;)
20                              )
   MICHAEL CHERTOFF, Secretary of)
21                              )
   the Department of Homeland    )
22                              )
   Security in his official      )
23                              )
   capacity;                     )
24                              )
   EMILIO T. GONZALEZ, Director of)
25                              )
   the United States Citizenship)

                    COMPLAINT-1

| | |
|---|---|
| and Immigration Service in his | ) |
| official capacity; | ) |
| Rosemary MELVILLE, District | ) |
| Director of the San Francisco | ) |
| Citizenship and Immigration | ) |
| Service office in her official | ) |
| capacity, | ) |
| FRANCIS D. SICILIANO, Director | ) |
| of San Jose Field Office in his | ) |
| official capacity, | ) |
| | ) |
| Defendants | ) |

## Complaint for Writ of Mandamus
## Immigration Case

COMES NOW Mehdi Yahyanejad ("Mr. Yahyanejad") Plaintiff in the above-styled and numbered case and for his cause of action would show the Court the following:

.

### JURISDICTION

1.    Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. § 701 et seq., and 28 U.S.C. § 2201 et seq. Relief is requested pursuant to said statutes.

VENUE

2.    Venue is proper in this court pursuant to 28 USC § 1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claims occurred. More specifically, the individual Plaintiff's application for lawful permanent resident status was properly filed with and has been adjudicated by the San Jose office of the USCIS and, to Plaintiff's knowledge, remains pending with that office waiting for FBI background check.


INTRADISTRICT ASSIGNMENT

3.    According to the Civil Local Rule 3-2 (c) this Court is the proper court. This case arose in City of San Jose within Santa Clara County.


PARTIES

4.    This action is brought against the Defendants to compel action on an application for lawful permanent resident status properly filed by Mehdi Yahyanejad. The application to adjust status was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said petition and applications to Plaintiff's detriment.

5.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security of the United States (the

"Secretary"), and this action is brought against him in his official capacity. He is generally charged with enforcement of the INA, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. INA § 103(a); 8 U.S.C. § 1103(a). More specifically, the Secretary is responsible for the adjudication of applications for adjustment of status filed pursuant to INA § 245, 8 U.S.C. § 1255. The USCIS is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

6.    Defendant Alberto Gonzales is the Attorney General of the United States in charge of the United States Department of Justice in which FBI is part of.

7.    Defendant Robert S. Mueller is the Director of the FBI the agency in charge of completing the FBI background checks.

8.    Defendant Emilio T. Gonzales, is the Acting Director of the USCIS, and is generally charged with the administration of the benefits governed by the INA. INA § 103(c); 8 U.S.C. § 1103(c)

9.    Defendant Rosemary Melville is the District Director for the USCIS generally charged with supervisory authority over all operations of the San Francisco, California District Office. Defendant Rosemary Melville is the official with whom the individual Plaintiff's application for lawful permanent resident status is currently pending.

10.    Defendant Francis D. Siciliano is the field office director of the United States Citizenship and Immigration Services in San Jose where this application was filed and it is currently pending.

EXHAUSTION OF REMEDIES

11.   Plaintiff has exhausted his administrative remedies.
Plaintiff has made numerous inquiries to the USCIS concerning
the status of the application to no avail (See Ex.7). There is
no other mean available to Plaintiff for remedies.


FACTS

12.   Mr. Yahyanejad is a 31 year old native and citizen of Iran.
On December 20, 2004, Mr. Yahyanejad married to Michelle Lynn
Povinelli who is the citizen of United States (See Ex.1  Copy of
*Mr. Yahyanejad's* California Driving License; *Copy of Mr.
Yahyanejad's Marriage Certificate Dated* December 20, 2004; Copy
of Plaintiff's wife *Ms. Povinelli's Birth Certificate December
26, 1975*) and was therefore entitled to seek lawful permanent
resident status as an "immediate relative" pursuant to INA
§201(b)(2)(A)(i), 8 U.S.C.§1151(b)(2)(A)(i). The couple has been
married since then.


13.   After his marriage to a United States Citizen, Mr.
Yahyanejad applied for Adjustment of Status with United States
Citizenship and Immigration Services (USCIS) on February 25,
2005 (See Ex. 2 Copy of Plaintiff's Adjustment of Status
Application Receipt Dated February 25, 2005). This application
was accepted by the USCIS and Mr. Yahyanejad was scheduled for
interview for May 25, 2005 (See Ex. 3 Copy of Interview notice
for Plaintiff's Application to Adjustment of Status Dated May
25, 2005)

14.   Mr. Yahyanejad and Ms. Povinelli appeared for their interview at the San Jose office of USCIS on that date. After the interview, the USCIS officer informed Mr. Yahyanejad that his application for permanent residence has been continued for security clearance (See Ex. 3 Copy of Letter of Continuance Dated May 25, 2005). It has been 2 years and half since Mr. Yahyanejad filed this application, and approximately 2 years since Mr. Yahyanejad has been interviewed where the regular processing for this application based on defendant's own data is regularly within six (6) months after the filling of the application. (See Ex. 4  Printout of USCIS San Jose Field Office Processing Dates Posted July 16, 2007)

15.   Mr. Yahyanejad made various inquiries as to the status of his application for Adjustment of Status. During all these requests, Mr. Yahyanejad was informed that his application for status as permanent resident has been retained for FBI security clearance, and he will be notified when further action has been taken in his case. (See Ex. 5 Copy of the Inquiry form Made by Plaintiff on December February 23, 2007 to USCIS; Copy of the Inquiry letter made by Mr. Yahyanejad made to his District Adjudication Officer R. Possentini; Copy of the Congresswomen Anna G. Esho's Response to Plaintiff's wife Ms. Povinelli's inquiry.)

16.   Defendants have sufficient information and ample time to determine Plaintiff's eligibility pursuant to applicable requirements. To date, said application has not been adjudicated. The status of pending application is available to the public on the USCIS web site together with the anticipated

1  processing times for each application, true and authentic copies
2  of which are attached hereto as exhibit(See Ex.4).

3

4  17.  Defendants' refusal to act in this case due the pending FBI
5  background check is arbitrary and not in accordance with the
6  law. Defendants willfully, and unreasonably, have delayed in and
   have refused to, adjudicate Plaintiff's application for over 2
7  years, thereby depriving his of the right to a decision on his
8  status to which Plaintiff is entitled.

9

10 18.  Mr. Yahyanejad has been damaged by being deprived of the
11 status of lawful permanent residents during the interminable
   pending of his application. Mr. Yahyanejad seeks to integrate
12 fully into American life, society and culture. Becoming a
13 permanent resident is a path to naturalization as an American
14 citizen, with the rights and privileges inherent therein,
15 depends upon prior permanent resident status for at least 3
   years. Sec. 319 of the INA[8 U.S.C. 1430]. Mr. Yahyanejad is a
16 scientist in the field of biostatistics and was working in the
17 Pathology Department at Stanford University. Because of the
18 lengthy Adjustment of Status Process Mr. Yahyanejad's employment
19 as a postdoctoral researcher was terminated due to the
   expiration of his Employment Authorization Document. He was also
20 not able to apply for fellowships and grants that are only
21 available to the US Citizens or green card holders.
22 Additionally, by being deprived of the right to travel outside
23 of the U.S. Mr. Yahyanejad had lost many opportunities to attend
24 several International Conferences which are important for his
   career (See Ex.6 Postdoctoral Scholar Termination of Appointment
25 Form; Letter from the Stanford University School of Medicine

Regarding the Termination of Mr. Yahyanejad ).  He is also deprived to accumulate the requisite time as permanent residents before he is eligible to apply for naturalization, as a direct result of Defendants' failure to timely adjudicate his applications to adjust status.

The stated issues implicates employment and social issues that are significant to Mr. Yahyanejad's very existence, including whether he can continue to reside with family members in the United States or continue to pursue his professional calling.

19.    Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §§ 555(b), 701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

20.    No higher level or competing agency priorities would be compromised if this court were to compel agency action. This case is pending security clearance. A top priority for the defendants is to resolve security issues in post 9/11 America. If the defendants delay security clearance issues for years at a time, they are not meeting one of the most important mandated program priorities. For this reason, this court should not feel uncomfortable compelling defendants to resolve whether there is an outstanding security issue in this case.

PRAYER

21.    WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that Court enter an order to:

COMPLAINT-8

(a) Accept jurisdiction and maintain continuing jurisdiction of this action;

(b) Issue a writ in the nature of mandamus, pursuant to 28 U.S.C. §1361 and 5 U.S.C. §706(1), compelling Defendants to make a determination of the adjustment of status application of the named plaintiff, to notify Plaintiff that his application has been granted or denied;

(c) Awarding Plaintiff's reasonable attorney's fees;

(d) Granting a preliminary injunction to maintain the status quo until the lawsuit can be determined on its merits;

(e) Declare Defendants in violation APA act; and declare as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. §706(1), the violation by Defendants of 5 U.S.C. §706(1);

(f) Granting such other relief at law and in equity as justice may require.


Respectfully submitted,

Dated: __30__ Day of __July__, 2007.


Theodore C. Chen, Esq.
LAW OFFICE OF FARSHAD OWJI
Attorney for Plaintiff
473 JACKSON STREET, 2ND FLOOR
SAN FRANCISCO, CA 94111
(415) 693-9583 Telephone
(415) 693-9584 Facsimile


VERIFICATION


COMPLAINT-9

1

2    I, Theodore C. Chen, hereby verify that, to the best of my

3  knowledge and belief, the matters stated in the Complaint for

4  Writ of Mandamus are true and correct.

5

6    I declare under penalty of perjury that the foregoing is

7  true and correct.

8

9  Executed at San Francisco, California

10

11

12  On this _7/30/2007_.

13

14

15    _[signature]_

16    Theodore C. Chen, Esq.
     LAW OFFICE OF FARSHAD OWJI
17    Attorney for Plaintiff
     473 JACKSON STREET, 2ND FLOOR
18    SAN FRANCISCO, CA 94111

19

20

21

22

23

24

25

                LIST OF ATTACHMENTS


                   COMPLAINT-10

EXH     DESCRIPTION OF THE ATTACHED DOCUMENT
        FAMILY PHOTO OF THE PLAINTIFF

1.  Copy of Mr. Yahyanejad's California Driving License
    Copy of Mr. Yahyanejad's ID Card From Stanford University
    Copy of Mr. Yahyanejad's Employment Authorization
    Document
    Copy of Mr. Yahyanejad's Marriage Certificate Dated
    December 20, 2004
    Copy of Mr. Yahyanejad's wife Ms. Povinelli's Birth
    Certificate Dated December 26, 1975

2.  Copy of Mr. Yahyanejad's Adjustment of Status Application
    Receipt Dated January 25, 2005

3.  Copy of Interview notice for Plaintiff's Application to
    Adjustment of Status Dated May 25, 2005

4.  Printout of USCIS San Jose Field Office Processing Dates
    Posted July 16, 2007

5.  Copy of the Inquiry form Made by Plaintiff on December
    February 23, 2007 to USCIS;
    Copy of the Inquiry letter made by Mr. Yahyanejad made to
    his District Adjudication Officer R. Possentini;
    Copy of the Congresswomen Anna G. Esho's Response to
    Plaintiff's wife Ms. Povinelli's inquiry

6.  Postdoctoral Scholar Termination of Appointment Form;
    Letter from the Stanford University School of Medicine
    Regarding the Termination of Mr. Yahyanejad



# EXHIBIT 1



**Stanford University**

Postdoctoral

Issued 09/23/2004

806092510120096



 **CALIFORNIA**

**DRIVER LICENSE**

EXPIRES 09-12-09   D6087778   CLASS: C

MEHDI YAHYANEJAD
1077 STANFORD AVE
PALO ALTO CA 94306

SEX:M   HAIR:BLK   EYES:BRN
HT:5-08   WT:185   DOB:09-12-75

RSTR: CORR LENS

09/29/2004 S48 09   FD/09



FORM I-688B JAN 89




# CITY and COUNTY of SAN FRANCISCO

## LICENSE AND CERTIFICATE OF MARRIAGE    42004380-10183

MUST BE LEGIBLE - MAKE NO ERASURES, WHITEOUTS OR OTHER

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

**GROOM PERSONAL DATA**

| 1A. NAME OF GROOM - FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2. DATE OF BIRTH - MONTH, DAY, YEAR |
|---|---|---|---|
| MEHDI | - | YAHYANEJAD | 09/12/1975 |

| 3A. RESIDENCE - STREET AND NUMBER | 3B. CITY | 3C. ZIP CODE | 3D. COUNTY - OUTSIDE CALIFORNIA, ENTER STATE | 4. STATE OF BIRTH |
|---|---|---|---|---|
| 1077 STANFORD AVE | PALO ALTO | 94306 | SANTA CLARA | IRAN |

| 5. MAILING ADDRESS - IF DIFFERENT | 6. NUMBER OF PREVIOUS MARRIAGES | 7A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | 7B. DATE - MONTH, DAY, YEAR |
|---|---|---|---|
| | 0 | - | - |

| 9A. USUAL OCCUPATION | 9B. USUAL KIND OF BUSINESS OR INDUSTRY | 9. EDUCATION - YEARS COMPLETED |
|---|---|---|
| RESEARCHER | ACADEMIA | 23 |

| 10A. FULL NAME OF FATHER | 10B. STATE OF BIRTH | 11A. FULL MAIDEN NAME OF MOTHER | 11B. STATE OF BIRTH |
|---|---|---|---|
| TAVAKKOL YAHYANEJAD | IRAN | ZAHRA ISMAILNEJAD | IRAN |

**BRIDE PERSONAL DATA**

| 12A. NAME OF BRIDE - FIRST (GIVEN) | 12B. MIDDLE | 12C. CURRENT LAST (FAMILY) | 12D. MAIDEN LAST (FAMILY) (IF DIFFERENT THAN 12C) | 13. DATE OF BIRTH - MONTH, DAY, YEAR |
|---|---|---|---|---|
| MICHELLE | LYNN | POVINELLI | - | 12/26/1975 |

| 14A. RESIDENCE - STREET AND NUMBER | 14B. CITY | 14C. ZIP CODE | 14D. COUNTY - OUTSIDE CALIFORNIA, ENTER STATE | 15. STATE OF BIRTH |
|---|---|---|---|---|
| 1077 STANFORD AVE | PALO ALTO | 94306 | SANTA CLARA | OHIO |

| 16. MAILING ADDRESS - IF DIFFERENT | 17. NUMBER OF PREVIOUS MARRIAGES | 18A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | 18B. DATE - MONTH, DAY, YEAR |
|---|---|---|---|
| | 0 | | - |

| 19A. USUAL OCCUPATION | 19B. USUAL KIND OF BUSINESS OR INDUSTRY | 19. EDUCATION - YEARS COMPLETED |
|---|---|---|
| RESEARCHER | ACADEMIA | 23 |

| 21A. FULL NAME OF FATHER | 21B. STATE OF BIRTH | 21A. FULL MAIDEN NAME OF MOTHER | 22B. STATE OF BIRTH |
|---|---|---|---|
| LOUIS ANGELO POVINELLI | NEW YORK | JEAN MEREDITH | NEW JERSEY |

**AFFIDAVIT**

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

| 23. SIGNATURE OF GROOM | 24. SIGNATURE OF BRIDE |
|---|---|
| ▶ *(signature)* | ▶ *(signature)* |

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE

| 25A. ISSUE DATE MONTH, DAY, YEAR | 25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR | 25C. LICENSE NUMBER | 25D. COUNTY OF ISSUE |
|---|---|---|---|
| 12/20/2004 | 03/20/2005 | 04-0010331-00 | San Francisco |

| | | 25E. NAME OF COUNTY CLERK | 25F. SIGNATURE OF DEPUTY COUNTY CLERK (IF APPLICABLE) |
|---|---|---|---|
| | | ▶ Darryl M Burton | BY ▶ MAGDALENA ZEVALLOS *(signature)* DEPUTY |

**WITNESS(ES) (ONE REQUIRED)**

| 26A. SIGNATURE OF WITNESS ▶ *(signature)* | 26B. ADDRESS - STREET AND NUMBER 16091 Gramercy Dr. | 26C. CITY, STATE AND ZIP CODE San Leandro, CA 94578 |
|---|---|---|
| 27A. SIGNATURE OF WITNESS ▶ Olerca Bakajin | 27B. ADDRESS - STREET AND NUMBER 16091 Gramercy Dr. | 27C. CITY, STATE AND ZIP CODE San Leandro, CA 94578 |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

| 28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA | 28A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ▶ Richard G. Ow *(signature)* | 28B. RELIGIOUS DENOMINATION (IF CLERGY) |
|---|---|---|
| ON 12/20/2004 MONTH DAY YEAR | 28C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) RICHARD G. OW | 28D. OFFICIAL TITLE Dep. Mar. Com |
| AT San Francisco San Francisco CALIFORNIA CITY OR TOWN COUNTY | 28E. MAILING ADDRESS CITY HALL, #168 SF CA | 28F. ZIP CODE 94102 |

**LOCAL REGISTRAR OF MARRIAGES (County Recorder)**

| 30A. SIGNATURE OF LOCAL REGISTRAR ▶ Mabel S. Teng *(signature)* | BY ▶ *(signature)* DEPUTY | 31. DATE ACCEPTED FOR REGISTRATION DEC 21 2004 |
|---|---|---|

State of California, Department of Health Services, Office of State Registrar

VS-117C (1-98)

---

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO } SS



*000141961*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SAN FRANCISCO ASSESSOR-RECORDER.

ATTEST: *(signature)*

DATE ISSUED: JAN 24 2005    Julia Zaldivar

*(signature)* Mabel S. Teng
MABEL S. TENG
SAN FRANCISCO ASSESSOR-RECORDER

This copy not valid unless prepared on engraved border displaying date, seal and signature of Deputy Assessor-Recorder.



Merkatz
863-736
1038-000

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
### CERTIFICATE OF LIVE BIRTH

Reg. Dist. No. **18**

Primary Reg. Dist. No. **1801**

Registrar's No. **17419**

Birth No. 134 -

| CHILD—NAME 1. First | Michelle | Middle Lynn | Last POVINELLI | DATE OF BIRTH (Month, Day, Year) 1a. December 26, 1975 | HOUR 1b. 7:35 P.M. |
|---|---|---|---|---|---|

SEX 2. **Female**  |  THIS BIRTH—Single, twin, triplet, etc. (Specify) 4a. **Single**  |  IF NOT SINGLE BIRTH —Born first, second, third, etc. (Specify) 4b.  |  COUNTY OF BIRTH 3a. **Cuyahoga**

CITY, VILLAGE, OR LOCATION OF BIRTH 3b. **Cleveland**  |  INSIDE CITY LIMITS (Specify yes or no) 3c. **Yes**  |  HOSPITAL—NAME (If not in hospital, give street and number) 3d. **University Hospitals of Cleveland**

MOTHER—MAIDEN NAME 6a. First **Jean**  |  Middle **Meredith**  |  Last  |  AGE (At time of this birth) 6b. **44**  |  STATE OF BIRTH (If not in U.S.A. name country) 6c. **New Jersey**

RESIDENCE—STATE 7a. **Ohio**  |  COUNTY **Cuyahoga**  |  CITY, VILLAGE, OR LOCATION **Westlake**  |  INSIDE CITY LIMITS (Specify yes or no) 7c. **Yes**  |  STREET AND NUMBER 7b. **1415 Prince Charles Walk**

FATHER—NAME 8a. **Louis**  |  First **A.**  |  Middle  |  Last **Povinelli**  |  AGE (At time of this birth) 8b. **44**  |  STATE OF BIRTH (If not in U.S.A. name country) 8c. **New York**

INFORMANT'S NAME OR SIGNATURE
**Louis A. Povinelli**  |  RELATION TO CHILD 9b. **Father**

I certify that the above named child was born alive at the place and time and on the date stated above. 10a. SIGNATURE *Michel*  |  DATE SIGNED 10b. **12/26/75**  |  ATTENDANT—M.D., D.O., midwife, other (specify) 10c. **M. D.**

CERTIFIER—NAME (Type or Print) 10d. **Irwin Merkatz, M. D.**  |  MAILING ADDRESS (Street or R.F.D. No., City or Village, State, Zip) 10e. **University Hospitals of Cleveland**

REGISTRAR—SIGNATURE 11a.  |  DATE RECEIVED BY LOCAL REGISTRAR 11b. **JAN 20 1976**

JUN 11 1996



CERTIFIED

# EXHIBIT 2

**USDHS**
**SAN JOSE**
RETAIN THIS RECEIPT

9:33AM    Feb 25/05
00-0000 002    SNJ-EL
#80481

A #        98407572
Last Name  YAHYANEJAD
First Name    MEHDI

I-485      $315.00
FP-Fee/FD258 $70.00
I-130 SPOUSE$185.00
I-765      $175.00

XTTL       $745.00
Check      $315.00
Check      $185.00
Check      $175.00
Check       $70.00

XOfficialX
XDocumentX

# EXHIBIT 3

**U.S. Department of Justice**

1887 Monterey Road
San Jose, CA 95112

## ADJUSTMENT OF STATUS NOTICE

DATE: _____ MAY 2 5 2005 _____
YOUR ALIEN REGISTRATION No.:

_____ 98 407 572 _____
Riding With _____

Dear Applicant: *Mehdi Yahyanejad*

**Your application for permanent resident status is pending for the reason(s) checked below:**

INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW. No response will be given if submitted prior to the 120 days. Inquiries may be submitted in one of the following manners:

**WALK-IN OR DROP-OFF INQUIRY:**          OR          **MAIL**
INFORMATION UNIT LOBBY                              Bureau of Citizenship & Immigration Services
1887 Monterey Road, San Jose, CA                    ATTN: AOS INQUIRIES
SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM       1887 Monterey Road
Thurs. – 7:00 AM – 12:00 NOON                       San Jose, CA 95112

**NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.**

☒ A required background check has been initiated; however, a response is still pending for ☒ you  ☐ your spouse  ☐ your child(ren):_____

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available. Your category is:_____
Country of Chargeability:_____ Priority Date_____. *When a visa number is available, you should MAIL a copy of this notice to: B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within six months from the above date, you may inquire concerning your case in Room 219, Window 2.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are **NOT** available until **October 1st** of each year. If you have not heard anything by **December 1st** of that year, **mail** a copy of this notice to:
*B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ Please follow the instructions on Form I-72. You must submit all requested documents within 90 days. Additional time may not be granted (see 8 CFR 103.2(b)(8)).

**R. POSSENTINI**

DAO _____                    ☐  **Attorney Notified**

WR-830    (SNJ) 2210      (IREV. 06/05/03).

**EXHIBIT 4**



Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

---

Print This Page    |    Back

# U.S. Citizenship and Immigration Services
# San Jose CA Processing Dates
# Posted July 16, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted July 16, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|--------------------------------------------------|
| I-131 | Application for Travel Documents | April 14, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 13, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | April 14, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | April 14, 2007 |
| I-765 | Application for Employment Authorization | April 28, 2007 |
| N-400 | Application for Naturalization | November 20, 2006 |
| N-600 | Application for Certification of Citizenship | December 04, 2006 |

Print This Page    Back

**07-30-2007 12:40 PM EDT**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

# EXHIBIT 5

# INQUIRY FORM

San Jose, CA 95112



**U.S. Citizenship and Immigration Services**

Date: **2/23/07**

Alien Registration Number: A  [0] [9] [8] — [4] [0] [7] — [5] [7] [2]

~~WAC Number:~~  [ ] [ ] — [ ] [ ] [ ] — [ ] [ ] [ ] [ ] [ ]

Form #: **I485**          Date Filed: _____          Date Interviewed: _____

**PLEASE PRINT:**

Name          **MEHDI   YAHYANEJAD**          Date of Birth: ___/___/___
                                                          Month  Day  Year

ADDRESS          **1077   STANFORD   AVE**

CITY/STATE/ZIP   **PALO   ALTO   CA   94306**          Is this a new address: YES [ ]  NO [ ]

COUNTY          _____

**PLEASE RETURN TO:**          DHS / USCIS
                               1887 MONTEREY ROAD
                               SAN JOSE CA 95112

**NOTE:** Applicant must appear in person to check his/her status or May mail inquiry to the address above:

---

## PLEASE DO NOT WRITE BELOW THIS LINE

---

### RESPONSE (S):

[ ]   Your application/petition was granted on _____.

[ ]   You application/petition is pending the completion of background checks (fingerprints and/or other checks). It is estimated that these checks will be completed with in the next _____ month(s).

[ ]   You will be scheduled for a final oath ceremony. You will be notified of the ceremony within the next 60 days.

[ ]   Your case is pending the receipt of additional information, which was due on _____.

[ ]   We have received the additional information you submitted. Your case is pending review by an officer. It is estimated that a decision will be made on your case within the next _____ weeks.

[ ]   Your case is pending review by an officer. It is estimated that a decision will be made on your case within the next _____ weeks.

[ ]   Your fingerprints have expired; please take the attached letter to the nearest ASC on the week indicated.

[ ]   Your address has been updated in our systems.

[ ]   Your file has been ordered from_____ please allow _____days

[ ]   We have no record of your application/petition at this office. You should appear at this office within the next 30 days with evidence that you filed the application and to discuss this matter with an Immigration Information Officer.

[X]   Other: FBI NAVE CHECK STILL PENDING

Mehdi Yahyanejad
1077 Stanford Ave
Palo Alto, CA

December 8, 2006

Dear Officer R. Possentini,

I had my immigration interview on May 25, 2005 and was approved for change of status,
pending the results of a background check. Since then, I have not received any further news.
Could you please let me know the status of my application and whether there is anything I
can do to facilitate the process?

Thank you,

Sincerely

Mehdi Yahyanejad

SSN. 018-88-13

WASHINGTON OFFICE
205 CANNON BUILDING
WASHINGTON, DC 20515-0514
(202) 225-8104
FAX (202) 225-8890

DISTRICT OFFICE
698 EMERSON STREET
PALO ALTO, CA 94301-1609
(650) 323-2984
(408) 245-2339
(831) 335-2020
FAX (650) 323-3498

http://eshoo.house.gov

## Anna G. Eshoo
### 14th District, California

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0514

COMMITTEE ON ENERGY AND COMMERCE
SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH

PERMANENT SELECT COMMITTEE ON INTELLIGENCE
SUBCOMMITTEES:
INTELLIGENCE POLICY AND NATIONAL SECURITY, RANKING MEMBER
TECHNICAL AND TACTICAL INTELLIGENCE

WHIP AT LARGE

CO-CHAIR
E-911 CAUCUS

CO-CHAIR
MEDICAL TECHNOLOGY CAUCUS

VICE-CHAIR
DEMOCRATIC BUDGET GROUP

May 25, 2007

Ms. Michelle Povinelli
1077 Stanford Avenue
Palo Alto, California 94306

Dear Ms. Povinelli,

Thank you for your recent inquiry.

I've contacted the United States Citizenship and Immigration Services and the Federal Bureau of Investigation on your behalf to request their assistance. I will let you know what I learn as soon as I hear from them. In the meantime, please do not hesitate to contact Dennis Agatep in my Palo Alto District Office if you have any questions or updates on your case.

Thank you for providing me with the opportunity to assist you.

Sincerely,

Anna G. Eshoo
Member of Congress

AGE:dga

# EXHIBIT 6



# STANFORD UNIVERSITY

## SCHOOL OF MEDICINE

THIS IS TO CERTIFY THAT

# Mehdi Yahyanejad, Ph.D.

HAS SERVED AS

*Postdoctoral Research Fellow in Pathology*

*September 16, 2004  to  February 27, 2007*

_____
Department Chairman

_____
Dean of the School of Medicine

_____
Faculty Director

**STANFORD UNIVERSITY**
OFFICE OF POSTDOCTORAL AFFAIRS

# POSTDOCTORAL SCHOLAR TERMINATION OF APPOINTMENT FORM

Name: _Mehdi Yahyanejad_    Student ID#: _05359647_

Department/Division: _Pathology_

Fellowship Coordinator/Department Administrator: _Elaine Ruiz_

Email: _eruiz@stanford.edu_    Phone: _3-7042_

## DATES OF APPOINTMENT

FROM _9/16/04_ TO _2/27/07_    Final Quarter: ☐ Aut ☒ Wtr ☐ Spr ☐ Sum

## FORWARDING INFORMATION
(Please direct Postdocs to update their forwarding information in AXESS prior to their termination date.)

Home Address: _1077 Stanford Ave  Palo Alto, CA 94306_
(Number and Street)                    (City, State, Zip)

Email: _yahyanejad @ gmail.com_    Phone: _650-739-0214_
                                                        (Country)

## PROFESSIONAL INFORMATION

Position this PostDoc is taking: _none / leaving due to EAD expiration_

Name of Institution or Company: _____

## FOREIGN SCHOLARS

Indicate current Visa type: _green card pending_    Expiration date: _None_

## ☒ CERTIFICATE OF TRAINING EXPERIENCE REQUESTED

Degree(s) Completed: ☐ MD ☒ PhD ☐ MD/PhD ☐ Other: _____

Certificate will indicate a training experience in the Department/Division as shown above for the dates listed. Clinical training will be noted if the fellow has had full patient care repsonsibilities initiated on their Patient Care Contact Sheet.

I understand that:
- This form should be completed and sent to OPA 30 days prior to termination. Any insurance charges incurred for an untimely termination are the responsibility of the department in which the Postdoc is terminating.
- Dates of appointment are subject to verification against the original appointment packet
- This form will NOT end a Postdoctoral Scholar's paylines in GFS
- This form will end registration fees, tuition, and insurance benefits

Fellowship Coordinator Signature: _____    Date: _____
(or Department Administrator)

| **For OPA use only** | | | | | | |
|---|---|---|---|---|---|---|
| **PeopleSoft:** ☐ Term Cancel _____ | | | ☐ Discontinue Row _____ | | ☐ Milestone | |
| **Medical:** HMO/PPO | Single | Married | +kids | Family | None | ☐ BISNet |
| **Dental:** PPO | Single | Married | +kids | Family | None | ☐ FileMaker |
| **Vision:** VSP | Single | Married | +kids | Family | None | ☐ COBRA |

| **FileMaker:** |
|---|
| ☐ Termination |
| ☐ Certificate |

Print Form



DEPARTMENT OF PATHOLOGY
DEPARTMENT OF GENETICS
STANFORD UNIVERSITY SCHOOL OF MEDICINE
STANFORD, CA 94305-5324

Stanford, February 26, 2007

USCIS
1887 Monterey Rd
San Jose, CA 95112

Dear Immigration Officer,

I would like to convey the impact that the lack of an employment authorization has on Dr. Yahyanejad's employment here at Stanford University. Due to what appear to be circumstances beyond his control, we are forced to terminate his employment, effective 2/27/07. Dr. Yahyanejad is working on an important project here that cannot continue without him.

I urge you to consider issuing an interim employment authorization so that Dr. Yahyanejad's work can continue. I appreciate your consideration. Should you have any questions please contact me at the phone number below.

Best regards,

Arend Sidow, Ph.D.
Associate Professor of Pathology and of Genetics
SUMC R353
Stanford, CA 94305-5324

arend@stanford.edu
650-498-7024 (ph)
650-725-4905 (fax)
http://mendel.stanford.edu/SidowLab