# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mehdi YAHYANEJAD | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| v. | |
| Alberto Gonzales, Attorney General of the United States | **C07 03867**  |

TO: (Name and address of defendant)

Alberto Gonzales, Michael Chertoff, Robert S. Mueller, Emilio T. Gonzales, Rosemary Melville, Francis D. Siciliano

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore C. Chen
Law Offices of Farshad Owji P.A.
473 Jackson Street 2 FL
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
_____
CLERK

DATE 7-31-07

_____
(BY) DEPUTY CLERK

**Sandy Morris**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 08/02/2007 |

| Name of SERVER | TITLE |
|---|---|
| Tuna GOKTAS | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*:

        See the Attachment

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    08/02/2007
             Date

*Signature of Server*
Law Offices of Farshad Owji P.A.
473 Jackson Street 2 Fl. San Francisco, CA 94111
*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the law offices of Farshad Owji, P.A. in San Francisco, California. My business address is Four Hundred Seventy Three Jackson Street, Second Floor in San Francisco, California 94111.

On August 02, 2007 I served **SUMMONS, CIVIL COVER SHEET, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ADR STIPULATION AND NOTICES, STANDING ORDERS, NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION, ECF REGISTRATION INFORMATION HANDOUT, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL AND CONSENT/DECLINATION FORMS,** on persons or entities named below by enclosing a copy in an envelope addressed as show below and mailed **certified mail return receipt requested** through U.S. Postal Service at Gateway Station San Francisco, CA 94126.

Date of mailing: August 02, 2007. Place of mailing: San Francisco, California.

Person(s) and/or Entity (ies) to whom served:

Alberto Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Av. NW, Room B-103 Washington, DC 20530

Robert Mueller, Director of FBI
J. Edgar Hoover Building
935 Pennsylvania Ave. NW Washington, DC 20535

Michael Chertoff, Secretary of U. S. Department of Homeland Security
Secretary of the DHS
Department of Homeland Security Washington, DC 20530

Emilio T. Gonzalez, Director of USCIS
DHS/Citizenship and Immigration Services
20 Massachusetts Ave. NW Washington, DC 20529

Rosemary Melville, District Director
USCIS San Francisco District Office
DHS/USCIS San Francisco District office
630 Sansome Street San Francisco, CA 94111

Francis D. Siciliano, Officer in Charge
USCIS San Jose Sub Office
DHS/USCIS San Jose Sub Office
1887 Monterey Road San Jose, CA 95112

Scott Schools, Acting U.S. Attorney
Northern District of California
U.S. Attorney's Office San Jose Branch
150 Almaden Blvd, Suite 900, San Jose, CA 95113

I declare under penalty of perjury laws of the United States of America that the foregoing is true and accurate.

I declare that I am employed in the office of a member of bar of this court at whose direction the service was made.

Executed on: August 2, 2007 at San Francisco, California.

*[signature]*
Tuna Goktas