SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MEHDI YAHYANEJAD, | ) | No. C 07-3867 RS |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| PETER D. KEISLER,* Attorney General of the United States, in his official capacity; ROBERT S. MUELLER, Director of FBI, in his official capacity; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his official capacity; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his official capacity; ROSEMARY MELVILLE, District Director of the San Francisco Citizenship and Immigration Services Office, in her official capacity; FRANCIS D. SICILIANO, Director of San Jose Field Office, in his official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) | ANSWER TO COMPLAINT |
| | ) | |
|     Defendants. | ) | |

    Defendants Michael Chertoff, Emilio T. Gonzalez, Rosemary Melville, and Francis D. Siciliano hereby submit their answer to Plaintiff's Complaint for Writ of Mandamus.

///

Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

MOTION TO DISMISS
C 07-3867 RS

**JURISDICTION**

1. Paragraph One consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph One.

**VENUE**

2. Paragraph Two consists of plaintiff's allegations regarding venue, to which no responsive pleading is required. To the extent a response is required, Defendants deny that venue is proper in this district.

**INTRADISTRICT ASSIGNMENT**

3. Paragraph Three consists of Plaintiff's allegations regarding intradistrict assignment, to which no responsive pleading is required.

**PARTIES**

4. Paragraph Four consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny that they have improperly withheld action on Plaintiff's application to his detriment

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit that the Federal Bureau of Investigation is part of the Department of Justice; however, Defendants aver that Alberto Gonzales is no longer the Attorney General.

7. Defendants admit the allegations in Paragraph Seven.

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

**EXHAUSTION OF REMEDIES**

11. Defendants deny the allegations in Paragraph Eleven.

**FACTS**

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Defendants deny the allegations in Paragraph Sixteen.

17. Defendants deny the allegations in Paragraph Seventeen.

18. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen, and on that basis, deny them.

19. Defendants deny the allegations in Paragraph Nineteen.

20. Defendants deny the allegations in Paragraph Twenty.

**PRAYER**

21. Paragraph Twenty-One consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny the allegations in this paragraph.

**AFFIRMATIVE AND/OR OTHER DEFENSES**

All allegations not here before specifically admitted, denied, or modified are hereby denied. For further and separate answer, Defendants allege as follows:

FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action

SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

THIRD DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

FOURTH DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

FIFTH DEFENSE

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///

MOTION TO DISMISS
C 07-3867 RS					3

1  WHEREFORE, Defendants pray for relief as follows:

2  That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: October 2, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


             /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

MOTION TO DISMISS
C 07-3867 RS                    4