SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHDI YAHYANEJAD, | No. C 07-3867 RS |
|     Plaintiff, | |
|     v. | |
| PETER D. KEISLER,* Attorney General of the United States, in his official capacity; ROBERT S. MUELLER, Director of FBI, in his official capacity; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his official capacity; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his official capacity; ROSEMARY MELVILLE, District Director of the San Francisco Citizenship and Immigration Services Office, in her official capacity; FRANCIS D. SICILIANO, Director of San Jose Field Office, in his official capacity, | CONSENT TO MAGISTRATE |
|     Defendants. | |

///

///

///

Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

CONSENT TO MAGISTRATE
C 07-3867 RS

1      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants
2 hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further
3 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
4 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

5 Dated: October 2, 2007                           Respectfully submitted,

6                                                SCOTT N. SCHOOLS
                                               United States Attorney
7

8                                     _____/S/_____
                                    MELANIE L. PROCTOR
9                                     Assistant United States Attorney

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28