THEODORE C. CHEN, CSBN 206647
LAW OFFICES OF FARSHAD OWJI, P.A.
473 Jackson Street, Second Floor
San Francisco, California 94111
Telephone:    (415) 693-9583
Facsimile:    (415) 693-9584

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHDI YAHYANEJAD,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PETER D. KEISLER, Acting Attorney General of the United States in his Official Capacity; ROBERT S. MUELLER, Director of FBI in his Official Capacity; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his Official Capacity; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his Official Capacity; ROSEMARY MELVILLE, District Director of the San Francisco Citizenship and Immigration Service office in her official capacity; FRANCIS D. SICILIANO, Director of San Jose Field Office, in his official capacity.<br><br>　　　　　　　Defendants. | Case No.: **C07-3867 RS**<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

　　　　In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. Proc. 73, the Plaintiff in this case hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Consent to Magistrate Jurisdction　　　　　1
C 07-2904 WDB

1 Dated: October 11, 2007 Respectfully Submitted,

/s/

_____

THEODORE C. CHEN
Attorney for Plaintiff

Consent to Magistrate Jurisdction    2
C 07-2904 WDB