**United States District Court**
For the Northern District of California

***E-FILED*
October 11, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEHDI YAHYANEJAD,                                    No. C 07-03867 RS

    Plaintiff,

  v.                                                               **CLERK'S NOTICE**

PETER KEISLER, et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for November 14, 2007 at 2:30 p.m. has been continued to **December 19, 2007 at 2:30 p.m.**

Dated: October 11, 2007

                                      For the Court,
                                      RICHARD W. WEIKING, Clerk

                                      By:   /s/ Martha Parker Brown
                                                    Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Theodore C Chen     theochen88@yahoo.com, info@owjilaw.com

Melanie Lea Proctor     Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov