SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

*E-FILED 10/26/07*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MEHDI YAHYANEJAD, | ) | No. C 07-3867 RS |
|         Plaintiff, | ) | |
| v. | ) | |
| PETER D. KEISLER,* Attorney General of the United States, in his official capacity, et al, | ) ) ) | STIPULATION TO WAIVE ORAL ARGUMENT ON MOTION OR CONSOLIDATE DATES; [PROPOSED] ORDER |
|         Defendants. | ) | |

    The above captioned case is currently scheduled for a hearing on Defendants Keisler and Mueller's Motion to Dismiss on November 14, 2007, at 9:30 a.m.. The case management conference is scheduled for December 19, 2007 at 2:30 p.m. Plaintiff's counsel has a scheduling conflict on November 14, 2007, and is unable to appear on that date.

    Accordingly, in order to promote efficiency, the parties hereby stipulate, subject to approval of the Court, to waive oral argument on the Motion.

///

///

///

---

Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATION
C 07-3867 RS

1     Alternatively, the parties agree to move the hearing on Defendants' Motion to December 19, 2007 to be heard at the same time as the Case Management Conference.

Dated: October 26, 2007                      Respectfully submitted,

                                              SCOTT N. SCHOOLS
United States Attorney

                                              /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: October 25, 2007                     /s/
                                              THEODORE C. CHEN
Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the hearing on Defendants Keisler and Mueller's Motion to Dismiss is hereby VACATED. The matter shall be taken under submission at the close of the briefing schedule. IT IS SO ORDERED.

Dated: October 26, 2007

                                              RICHARD SEEBORG
United States Magistrate Judge

## [ALTERNATIVE PROPOSED] ORDER

The hearing on Defendants Keisler and Mueller's Motion to Dismiss is hereby rescheduled to December 19, 2007, at 2:30 p.m. The Case Management Conference shall occur immediately following the motion hearing. IT IS SO ORDERED.

Dated:

                                              RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 07-3867 RS                    2