SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHDI YAHYANEJAD, | No. C 07-3867 RS |
|     Plaintiff, | |
|     v. | |
| PETER D. KEISLER,* Attorney General of the United States, in his official capacity; et al., | OBJECTION TO PLAINTIFF'S SUPPLEMENTAL BRIEF |
|     Defendants. | |

    Defendants hereby object to Plaintiff's "Supplement to Memorandum in Opposition to Defendants' Motion to Dismiss," Docket No. 13. The filing is in violation of Civ. L.R. 7-3(d).

Dated: November 2, 2007                                        Respectfully submitted,

                                                                       SCOTT N. SCHOOLS
                                                                       United States Attorney

                                                                       /S/
                                                                       MELANIE L. PROCTOR
                                                                       Assistant United States Attorney

---

* Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

OBJECTION TO DKT. 13
C 07-3867 RS