SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

*E-FILED 11/27/07*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHDI YAHYANEJAD, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. MUKASEY,* Attorney General of the United States, in his official capacity; ROBERT S. MUELLER, Director of FBI, in his official capacity; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his official capacity; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, in his official capacity; ROSEMARY MELVILLE, District Director of the San Francisco Citizenship and Immigration Services Office, in her official capacity; FRANCIS D. SICILIANO, Director of San Jose Field Office, in his official capacity, <br><br> Defendants. | No. C 07-3867 RS <br><br> REQUEST FOR EXEMPTION FROM THE FORMAL ADR PROCESS; ORDER |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

---

* Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

ADR CERTIFICATION
C 07-3867 RS

1  resolution options provided by the court and private entities, and considered whether this case might
2  benefit from any of them.
3        Here, the parties agree that referral to a formal ADR process will not be beneficial because
4  this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to
5  adjudicate an application for an immigration benefit.  Given the substance of the action and the lack
6  of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily
7  tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be
8  removed from the ADR Multi-Option Program and that they be excused from participating in the
9  ADR phone conference and any further formal ADR process.

Dated: November 26, 2007                                         Respectfully submitted,

                                                                                SCOTT N. SCHOOLS
                                                                                United States Attorney

                                                                                /s/
                                                                            MELANIE L. PROCTOR[1]
                                                                            Assistant United States Attorney
                                                                            Attorneys for Defendants


Dated: November 26, 2007                                               /s/
                                                                             THEODORE C. CHEN
                                                                             Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:  11/27/07

                                                                            RICHARD SEEBORG
                                                                             United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C 07-3867 RS                                        2