**\*E-FILED\***
**November 27, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI YAHYANEJAD, | No. C 07-03867 RS |
|     Plaintiff, | |
|   v. | **CLERK'S NOTICE** |
| MICHAEL B. MUKASEY, et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for December 19, 2007 at 2:30 p.m. has been continued to **March 19, 2008 at 2:30 p.m.**

Dated: November 27, 2007

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
       Courtroom Deputy Clerk

1  **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2  Theodore C Chen    theochen88@yahoo.com, info@owjilaw.com

3  Melanie Lea Proctor    Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov