1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11
   MEHDI YAHYANEJAD,                )    No. C 07-3867 RS
12                                  )
                  Plaintiff,         )
13                                  )
         v.                          )
14                                  )
   MICHAEL B. MUKASEY,* Attorney    )    STIPULATION TO DISMISS; PROPOSED
15 General of the United States, in his official ) ORDER
   capacity, et al,                 )
16                                  )
                  Defendants.        )
17 _____   )

18     Plaintiff, by and through his attorney of record, and Defendants, by and through their

19 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

20 entitled action without prejudice in light of the fact that the United States Citizenship and

21 Immigration Services has approved Plaintiff's application for adjustment of status.

22 ///
23 ///
24 ///
25 ///
26 ///
27

28 Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor,
   Peter D. Keisler, as the United States Attorney General.
   STIPULATION
   C 07-3867 RS

1   Each of the parties shall bear their own costs and fees.

2   Dated: December 31, 2007                    Respectfully submitted,

3                                               SCOTT N. SCHOOLS
                                                United States Attorney

5                                               _____/s/_____
                                                MELANIE L. PROCTOR[1]
6                                               Assistant United States Attorney
                                                Attorneys for Defendants

8                                               _____/s/_____
    Dated: December 27, 2007                    THEODORE C. CHEN
9                                               Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED

Dated:

_____
RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 07-3867 RS                                    2