SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

*E-FILED 1/2/08*

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHDI YAHYANEJAD, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MICHAEL B. MUKASEY,* Attorney ) <br> General of the United States, in his official ) <br> capacity, et al, ) <br> ) <br>         Defendants. ) <br> _____ ) | No. C 07-3867 RS <br><br><br><br><br> STIPULATION TO DISMISS; ~~PROPOSED~~ ORDER |

      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

///

///

///

///

///

---

Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Peter D. Keisler, as the United States Attorney General.

STIPULATION
C 07-3867 RS

1   Each of the parties shall bear their own costs and fees.

2   Dated: December 31, 2007				Respectfully submitted,

3							SCOTT N. SCHOOLS
							United States Attorney

4

5							_____/s/_____
							MELANIE L. PROCTOR[1]
6							Assistant United States Attorney
							Attorneys for Defendants

7

8							_____/s/_____
    Dated: December 27, 2007			THEODORE C. CHEN
9							Attorney for Plaintiff

10

11			**[PROPOSED] ORDER**

12	Pursuant to the stipulation of the parties, IT IS SO ORDERED

13   Dated:   January 2, 2008

14							_____
							RICHARD SEEBORG
							United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 07-3867 RS					2